UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF THE            )
TAX INDEBTEDNESS OF             )   MISC. NO. 14-mc-50199
                                )
DTS INC.                        )   HON. GEORGE CARAM STEEH
D/B/A REGAL SPIRITS             )
                                )

**ORDER FOR ENTRY ON PREMISES TO EFFECT LEVY**

The United States, having filed an application requesting authorization for Shari L. Riley, a Revenue Officer of the Internal Revenue Service, and/or other employees, as designated by the Internal Revenue Service, to enter the premises located at 21737-21741 Fenkell, Detroit, MI 48223, in order to seize property in satisfaction of unpaid federal taxes of DTS Inc. d/b/a Regal Spirits, together with the Revenue Officer's affidavit in support of that application, and the Court finding, on the basis of the affidavit, that there is probable cause to believe that property or rights to property, more specifically the cash registers, which includes cash register contents such as cash, checks, coins; safe, vault, cash box or any other type of cash receptacle and items commonly found in a liquor/convenience store such as: beer, wine, liquor, liquor licenses, soft drinks, juice, water, dairy products, pre-packaged refrigerated foods, candy, gum, chips & snack foods, packaged frozen foods, personal care products, laundry & household products (laundry soap, dish soap, paper plates,

cleaning & paper products), automotive supplies (oil, washer fluid, anti-freeze), and tobacco products.  The aforementioned items are the only items that will be offered for sale via public auction, the liquor, beer & wine will be returned to suppliers for credit.  The seized property is subject to levy by the United States pursuant to I.R.C. § 6331 is located on or within the premises described, it is

    ORDERED that Shari L. Riley and/or or other employees, as designated by the Internal Revenue Service, are authorized to enter the premises described and to make such search as is necessary in order to levy and seize the cash registers, safe, vault, cash box or any other type of cash receptacle and items commonly found in a liquor/convenience store such as: beer, wine, liquor, liquor licenses, soft drinks, juice, water, dairy products, pre-packaged refrigerated foods, candy, gum, chips & snack foods, packaged frozen foods, personal care products, laundry & household products (laundry soap, dish soap, paper plates, cleaning & paper products), automotive supplies (oil, washer fluid, anti-freeze), and tobacco products pursuant to 26 U.S.C. § 6331 of the Internal Revenue Code of 1986.  In making this search and seizure, however, such Revenue Officers are directed to enter and secure the premises during business hours or the daytime within 15 days of the date of this Order, and to

make reasonable entries thereafter to effectuate any disposition of seized property.

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              United States District Judge

Entered:  February 19, 2014